UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JUAN GURROLA,<br>     #1039299 | )<br>)<br>) | |
| Plaintiff, | ) | 2:10-cv-0933-KJD-PAL |
| vs. | )<br>) | |
| HOWARD SKOLNIK, *et al.*, | )<br>) | **ORDER** |
| Defendants. | ) | |

      Plaintiff has submitted a *pro se* civil rights complaint.  Plaintiff has failed to submit an application to proceed *in forma pauperis* on the required form.  *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2.  Plaintiff will be granted thirty (30) days in which to submit a completed and signed application to proceed *in forma pauperis* on the form provided by this court.  The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

      **IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved form for an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*."  Within

1  **thirty (30)** days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed
2  application to proceed *in forma pauperis* on the form provided by this Court.  Plaintiff's failure to
3  file an application to proceed *in forma pauperis* in compliance with this order may result in the
4  dismissal of his lawsuit without prejudice.
5             DATED this 14th day of July, 2010.

                                    _____
7                                   UNITED STATES MAGISTRATE JUDGE